Allegheny County
Valerie McDonald Roberts
Recorder of Deeds
Pittsburgh, PA 15219



60 2007 00010303

Instrument Number: 2007-10303

Recorded On: April 11, 2007        As-Deed

Parties: GROVE RICHARD R
To    HOOD HOLDINGS INC

# of Pages: 7

Comment:

**\*\*DO NOT REMOVE-THIS PAGE IS PART OF THE RECORDED DOCUMENT\*\***

| Deed | | 49.00 |
|---|---|---|
| | Pages > 4 | 2 |
| | Names > 4 | 0 |
| Total: | | 49.00 |

**Realty Transfer Stamp**

| Affidavit Attached-No | Stamp Num-T295835 | |
|---|---|---|
| NORTH VERSAILLES TP | | |
| Ward-99-NO WARD | | |
| Blk/Lot-548D57 | Value | 1,630.00 |
| Commonwealth of Pennsylvania | | 16.30 |
| Munic-North Versailles Twp | | 8.15 |
| School District-East Allegheny | | 8.15 |
| | | 32.60 |

**Deed Registry Stamp**

Michael J. Suley, Manager  -  BLOCK AND LOT NUMBER
Date: 5-9-2007  - Int. By: SB

**548-D-57**

*I hereby certify that the within and foregoing was recorded in the Recorder's Office in  Allegheny County, PA*

**\*\*DO NOT REMOVE-THIS PAGE IS PART OF THE RECORDED DOCUMENT\*\***

**File Information:**

Document Number: 2007-10303
Receipt Number: 891105
Recorded Date/Time: April 11, 2007 12:52:42P
Book-Vol/Pg: BK-DE VL-13200 PG-56
User / Station: C Carson - Cash Super 04

**Record and Return To:**

HOOD HOLDINGS INC
14390 U S ROUTE 30
NORTH HUNTINGDON PA 15642



Valerie McDonald-Roberts Recorder of Deeds

10303 Page 2 of Case 19-02167-CMB   Doc 1-10   Filed 09/09/19   Entered 09/09/19 02:31:31   Desc 2007 purchase of land by Hood Holdings   Page 2 of 7

CEC

FROM: RICHARD R. GROVE, and individual
ANN M. GROVE, an individual, and
JOHN USYK, an individual

TO: Hood Holdings, Inc.., a Pennsylvania corporation

MAIL TO: Hood Holdings, Inc.
14390 U.S. Route 30
North Huntingdon, PA 15642

_____(space_above_this_line_for_recording)_____

## DEED

*This deed is made February 28, 2007.*

**Know all Men by these Presents that** Richard R. Grove, an individual, Ann M. Grove, an individual, and John Usyk, an individual, (herein referred to as "Grantors"), for the consideration of $1630.00, received to their full satisfaction in evenly divided payments, grant to Hood holdings, Inc., a Pennsylvania corporation, whose tax mailing address is 14390 U.S. Route 30, North Huntingdon, PA 15642, the following real property:

All that certain lot or piece of ground situate in the Township of North Versailles, County of Allegheny and Commonwealth of Pennsylvania, bounded and described as follows, to-wit:

BEGINNING at a point on the Northerly sideline of Crooked Run Road at Southeasterly line of property now or late of Freda Volk and property of grantors herein; thence from said starting point, South 71° 23' East, a distance of 135.82 feet to a point; thence South 51° 08' East, a distance of 158.04 feet to a point; thence within the lines of said Crooked Run Road, South 38° 15' West, a distance of 7.75 feet to a point within the lines of said Road; thence continuing by the lines of said Crooked Run Road, South 60° 52' East, 102.82 feet; thence North 81° 46' East 48.33 feet to a point; thence North 40° 02' East 57.12 feet to a point; thence North 30° 43' East 181.20 feet to a point in the said Road at the Southerly line of property now or late of E. Wagner; thence continuing along the Southerly line of said property North 62° 01' West, a distance of 682.42 feet more or less to a point at the Southeasterly line of Scarpo; thence by same South 18° 40' West, a distance of 147.41 feet more or less to a point at the line of property now or formerly of Louis Philip Volk; thence along the Northerly line of said Louis Philip Volk property and property of Freda Volk, South 71° 20' East, a distance of 189 feet to a point; thence along the Easterly line of said property of Freda Volk South 18° 40' West, a distance of 134.92 feet to a point in the line of the Crooked Run Road at the place of beginning.

ALSO all the right, title, interest, claim and demand of the grantor in and to all that certain lot or piece of ground lying between the Northerly line of Crooked Run Road and the herein described premises.

UNDER AND SUBJECT to public use in the Crooked Run Road, as is in place at the time of the registration of this deed.

EXCEPTING AND RESERVING all coal, mineral, mining and incidental rights as set forth in previous deed or other instruments of record.

BEING the same property which John E. Williams and Ruth K. Williams his wife, by their deed dated December 3, 1970 and recorded in the Recorder's Office of Allegheny County, Pennsylvania, in Deed Book Volume 4914, page 729, granted and conveyed unto George C. Snyder and Sharon A. Snyder, his wife, and which George C. Snyder and Sharon A. Snyder, by their deed dated October 24, 1974, and filed in the Recorder's Office of Allegheny County, Pennsylvania, in Deed Book Volume 548, page 57, granted and conveyed unto Richard R. Grove, Ann M. Grove, and John Usyk, the grantors herein.

The prior deed has been recorded at 548 D 57, and is known as Parcel 0548-D-00057-0000-00 within Allegheny County, Pennsylvania, and as 261 Foster Road, North Versailles, Pennsylvania.

TOGETHER with all and singular ways, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances whatsoever thereunto belonging, or in anywise appertaining, and the reversions, and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim, and demand whatsoever of in law, equity, or otherwise howsoever, of, in and to the same and every part thereof.

TO HAVE AND TO HOLD the said hereditaments and premises hereby granted or mentioned and intended as to be with the appurtenances, unto the said party of the second part, their heirs and assigns, to and for the only proper use and behoof of said party of the second part, their heirs and assigns forever.

Subject to all prior recorded obligations, liens, mortgages, restrictions, conditions, limitations, reservations and easements, if any, of record.

The actual total consideration for this transaction was $630.00, receipt of which is hereby acknowledged.

IN WITNESS WHEREOF the said Grantor has hereunto set hand and seal on the 6th day of March, 2007.

_____
Richard R. Grove

### ACKNOWLEDGEMENT

Commonwealth of Pennsylvania )
County of Washington ) Subscribed and sworn:

Before me, a Notary Public in and for the County of Westmoreland, Commonwealth of Pennsylvania, personally appeared Richard R. Grove who signed the foregoing instrument in my presence and acknowledged that the same is their free act and deed.

In Testimony Whereof I have hereunto set my hand and seal, at the County of Washington, Commonwealth of Pennsylvania, this 6th day of March, 2007.

Shanni Snyder                              _____
Printed Name of Notary Public              Signed name of notary public

My commission expires:

> COMMONWEALTH OF PENNSYLVANIA
> NOTARIAL SEAL
> SHANNI SNYDER, Notary Public
> North Huntingdon Twp., Westmoreland County
> My Commission Expires January 9, 2011

IN WITNESS WHEREOF the said Grantor has hereunto set hand and seal on the 3rd day of March, 2007.

_____
Ann M. Grove

### ACKNOWLEDGEMENT

Commonwealth of Pennsylvania  )
                              ) Subscribed and sworn:
County of Beaver              )

Before me, a Notary Public in and for the County of Westmoreland, Commonwealth of Pennsylvania, personally appeared Ann M. Grove who signed the foregoing instrument in my presence and acknowledged that the same is her free act and deed.

In Testimony Whereof I have hereunto set my hand and seal, at the County of Beaver, Commonwealth of Pennsylvania, this 3rd day of Mar, 2007.

Shanni Snyder                                  _____
Printed Name of Notary Public                  Signed name of notary public

My commission expires: 

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SHANNI SNYDER, Notary Public
North Huntingdon Twp., Westmoreland County
My Commission Expires January 9, 2011

IN WITNESS WHEREOF the said Grantor has hereunto set hand and seal on the 28th day of February, 2007.

_____John Usyk_____
John Usyk

### ACKNOWLEDGEMENT

Commonwealth of Pennsylvania     )
                                 ) Subscribed and sworn:
County of Allegheny              )

Before me, a Notary Public in and for the County of Westmoreland, Commonwealth of Pennsylvania, personally appeared John Usyk who signed the foregoing instrument in my presence and acknowledged that the same is his free act and deed.

In Testimony Whereof I have hereunto set my hand and seal, at the County of Allegheny, Commonwealth of Pennsylvania, this 28th day of February 2007.

_Shanni Snyder_                           _Shanni Snyder_
Printed Name of Notary Public             Signed name of notary public

My commission expires:
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SHANNI SNYDER, Notary Public
North Huntingdon Twp., Westmoreland County
My Commission Expires January 9, 2011

## NOTICE TO PURCHASER

TO: Hood Holdings, Inc.

By recording this deed, Hood Holdings, Inc. is fully cognizant of the fact that they may not be obtaining the right of protection against subsidence, as to the property herein conveyed, resulting from coal mining operations and that the purchased property, herein conveyed, may be protected from damage due to mine subsidence by a private contract with the owners of the economic interest in the coal. This notice is inserted herein to comply with the *Bitumous Mine Subsidence and Land Conservation Act of 1966.*

## CERTIFICATE OF RESIDENCE

The undersigned warrants pursuant to the penalty for unsworn falsification to authorities (18 Pa.C.S. 4904) that the tax mailing address of the purchaser is:

Hood Holdings Inc.
14390 U.S. Route 30
North Huntingdon, PA 15642

*G. Dodaj*
George Dodaj
President
Hood Holdings, Inc.